UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **BMARK 2020-B20 1960 RING ROAD LLC,** § § § § § § § § § § § | |
| Plaintiff, | Case No. 2:24-cv-11670 |
| **BORUCH ("BARRY") DRILLMAN, INDIVIDUALLY,** | |
| Defendant. | |

**APPENDIX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Legal Description |
| B | Promissory Note |
| C | Loan Agreement |
| D | Mortgage |
| E | Guaranty Agreement |
| F | UCC-3 Financing |
| G | Note Splitter Agreement |
| H | Co-Lender Agreement |
| I | General Assignment |
| J | UCC-3 Financing |
| K | Assignment to Plaintiff |
| L | UCC-3 Amendment |
| M | Notice of Default |