# **EXHIBIT A**

## LEGAL DESCRIPTION

Land situated in the City of Troy, County of Oakland, and State of Michigan, described as:

PARCEL 1:

A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point distant North 00 degrees 07 minutes 20 seconds East, 399.85 feet along the East line of said Section 35 and North 89 degrees 12 minutes 00 seconds West, 568.54 feet from the East 1/4 corner of said Section 35; thence North 89 degrees 12 minutes 00 seconds West, 744.12 feet to a point on the East line of "Supervisor's Plat No. 29 Subdivision", as recorded in Liber 65 on Page 21 of Plats, Oakland County Records; thence along the East line said plat North 00 degrees 25 minutes 25 seconds East, 252.26 feet; thence 239.17 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 29 degrees 18 minutes 43 seconds, Chord bearing North 65 degrees 35 minutes 08 seconds East, 236.57 feet); thence 278.75 feet along the Arc of a curve to the right (Radius 407.50 feet, Central Angle 39 degrees 11 minutes 34 seconds, Chord bearing North 70 degrees 31 minutes 33 seconds East, 273.34 feet); thence South 89 degrees 52 minutes 40 seconds East 270.02 feet; thence South 00 degrees 07 minutes 20 seconds West
451.27 feet to the point of beginning.

PARCEL 2:

A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point on the West Right-of-Way line of John R. Road (75 feet 1/2 Right of Way) distant North 00 degrees 07 minutes 20 seconds East 399.85 feet along the East line of said Section 35 and North 89 degrees 12 minutes 00 seconds West, 75.01 feet from the East 1/4 corner of said Section 35; thence North as 89 degrees 12 minutes 00 seconds West, 493.53 feet; thence North 00 degrees 07 minutes 20 seconds East, 451.27 feet; thence South 89 degrees 52 minutes 40 seconds East, 113.50 feet; thence South 81 degrees 07 minutes 54 seconds East, 131.53 feet; thence South 89 degrees 52 minutes 40 seconds East 250.00 feet to a point on said West Right-of-Way line of John R. Road; thence South 00 degrees 07 minutes 20 seconds West, 437.11 feet along said West Right-of-Way line to the point of beginning.

PARCEL 3:

A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point distant North 00 degrees 07 minutes 20 seconds East, 1420.97 feet along the East line of said Section 35 and North 89 degrees 47 minutes 40 seconds West, 867.27 feet from the East 1/4 corner of said Section 35; thence South 00 degrees 25 minutes 25 seconds West, 505.45 feet; thence 288.36 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 35 degrees 20 minutes 27 seconds, Chord bearing South 68 degrees 36 minutes 00 seconds West 283.81 feet); thence 197.67 feet along the Arc of a curve to the right (Radius 407.50 feet, Central Angle of 27 degrees 47 minutes 35 seconds, Chord bearing South 64 degrees 49 minutes 34 seconds West, 195.74 feet); to a point on the East line of "Supervisor's Plat No. 29 Subdivision," as recorded in Uber 65 on Page 21 of Plats, Oakland County Records; thence along the East line of said plat North 00 degrees 25 minutes 25 seconds East, 693.85 feet; thence South 89 degrees 47 minutes 40 seconds East, 440.00 feet to the point of beginning.

PARCEL 4:

A part of the Northeast 1/4 of Section 35, Town 2 North. Range 11 East. City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point on the West Right-of-Way line of John R. Road (75 feet 1/2 Right-of-Way) distant North 00 degrees 07 minutes 20 seconds East, 937.85 feet along the East line of said

Section 35 and North 89 degrees 52 minutes 40 seconds West, 75.00 feet from the East 1/4 corner of said Section 35; thence North 89 degrees 52 minutes 40 seconds West, 250.00 feet; thence South 81 degrees 22 minutes 34 seconds West, 131.53 feet; thence North 89 degrees 52 minutes 40 seconds West, 383.52 feet; thence 31.43 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 03 degrees 51 minutes 07 seconds, Chord bearing South 88 degrees 11 minutes 47 seconds West, 31.42 feet); thence North 00 degrees 25 minutes 25 seconds East 505.45 feet; thence South 89 degrees 47 minutes 40 seconds East, 792.27 feet to a point on said West Right-of-Way line of John R. Road; thence South 00 degrees 07 minutes 20 seconds West, 483.23 feet along said West Right-of-Way line to the point of beginning.

Easement Parcel 1:

Parcel 4 together with a non-exclusive easement for purposes of the use of Easement Area as created, limited and defined in Declaration of Easement, as recorded in Liber 9992, Page 845 and Amendment recorded in Uber 15725, Page 575, Oakland County Records.

Easement Parcel 2:

Non-Exclusive Easement as created, limited and defined in Declaration recorded in Liber 9207, Page 897, Oakland County Records.

PARCEL 5:

Lots 16 through 20 inclusive, Ring Industrial Park, as recorded in Liber 179, Pages 1 and 2 of Plats, Oakland County Records, including the benefit of the easements set forth in the Declaration of Easements recorded in Uber 9992 on Page 845, Oakland County Records, as modified by the Amendment to Declaration of Easements recorded in Uber 15725 on Page 575, Oakland County Records.