# **EXHIBIT I**

## GENERAL ASSIGNMENT

Effective as of the 30th day of October, 2020, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a banking association chartered under the laws of the United States of America, having an address at 383 Madison Avenue, New York, NY 10179 ("Assignor"), hereby assigns, sells, transfers and delivers to WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BENCHMARK 2020-B20 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-B20, and the RR Interest Owner, IN ITS CAPACITY AS "LEAD SECURITIZATION NOTE HOLDER", having an address at 9062 Old Annapolis Road, Columbia, MD 21045 ("Assignee"), its successors, participants and assigns, without recourse or warranty, all right, title and interest of Assignor in and to the Loan (as defined below) and all other agreements, including but not limited to guaranty agreements, and certificates and documents entered into or delivered in connection with the Loan (as the same may have been amended, modified, restated, supplemented, renewed or extended).

Additionally, Assignor hereby assigns all other documents and instruments relating to the Loan, including, without limitation, all certificates and receipts executed by Borrower, all appraisal reports, all environmental, engineering and other reports relating to the operation or condition of the property securing said Loan, and all casualty insurance policies, liability insurance policies, title insurance policies and opinions of counsel (as the same may have been amended, modified, restated, supplemented, renewed or extended).

This instrument is given in connection with, and in consideration of, Assignee's purchase of a loan ("Loan") made by Assignor to MICH TROY TECHNOLOGY LLC, a Delaware limited liability company ("Borrower"), dated as of September 25, 2020, in the original principal amount of $45,000,000.00 as more specifically described in the agreements, certificates and documents entered into in connection with the Loan.

Assignor agrees to execute and deliver to Assignee such additional documents, instruments or agreements as may be necessary or appropriate to effectuate the purposes of this assignment.

Assignor has caused this instrument to be executed as of the date first written above.

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a banking association chartered under the laws of the United States of America**

By: _Nancy S. Alto_ (signature)
Name: Nancy S. Alto
Title: Vice President

Reference No.: 4249.049
Matter Name: Troy Technology Park
Pool: BMARK 2020-B20