# EXHIBIT K

6/25/2024 9:11:31 AM Receipt #000162125
$21.00 Misc Recording
$4.00 Remonumentation
$5.00 Automation
$0.00 Transfer Tax
PAID RECORDED - Oakland County, MI e-recorded
Lisa Brown, Clerk/Register of Deeds

**AFTER RECORDING RETURN TO:**

Holland & Knight LLP
150 N. Riverside Plaza
Chicago, Illinois 60611
Attention: Cara M. Houck

ASSIGNMENT AND TRANSFER
OF
LOAN DOCUMENTS
(Benchmark 2020-B20 [Argentic]/ Troy Technologies (Troy, MI))

May 27, 2024 ("**Effective Date**")

| STATE OF MICHIGAN | § |
| --- | --- |
|  | § |
| COUNTY OF OAKLAND | § |

THIS ASSIGNMENT[1] is executed by Assignor[2], as assignor, in favor of Assignee[3].

**Recitals**

A. On September 25, 2020, Borrower[4], as maker, executed the Note[5].

B. The right to receive payments due under the Note and the outstanding indebtedness evidenced by the Note are secured by, among other things, the liens, security interests, terms, and provisions contained within the Mortgage[6], which encumbers the Property and is more particularly described on **Exhibit "A"**, attached hereto and incorporated herein by reference.

---

[1] "**Assignment**" means this Assignment and Transfer of Loan Documents.

[2] "**Assignor**" means Wells Fargo Bank, National Association, as Trustee for the Benefit of the Registered Holders of Benchmark 2020-B20 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2020-B20, as agent and lender.

[3] "**Assignee**" means BMARK 2020-B20 1960 RING ROAD, LLC.

[4] "**Borrower**" MICH TROY TECHNOLOGY LLC, a Delaware limited liability company.

[5] "**Note**" means that certain Promissory Note, dated September 25, 2020, executed by Borrower, payable to the order of Noteholder (defined below), as payee, in the original principal amount of $45,000,000.

"**Noteholder**" means Assignor.

[6] "**Mortgage**" means that certain Mortgage dated effective September 25, 2020 executed and delivered by Borrower, as grantor, to JP Morgan Chase Bank, National Association, as Lender recorded as Liber 54964 Page 29, Oakland County, Michigan Records covering, among other things, the Property (defined below).

"**Property**" means, collectively, the real property, personal property and general intangibles listed in the Mortgage.

C. Pursuant to a series of endorsements, assignments, and/or transfers of the Loan Documents[7], if any, Assignor is the current owner of the Loan Documents.

D. For the purpose of ensuring that Assignee may properly credit bid at a nonjudicial foreclosure sale and foreclose the liens and security interests contained within the Mortgage, Assignor now desires to assign and transfer to Assignee all of Assignor's right, title, and interest in and to the Loan Documents, including but not limited to, the indebtedness and security evidenced thereby.

## Assignment and Transfer

NOW THEREFORE, Assignor hereby assigns and transfers to Assignee all of Assignor's right, title and interest in and to the Loan Documents, including but not limited to, the indebtedness and security evidenced thereby.

[*signature page follows*]

---

[7] **Loan Documents**" means the Note, Mortgage and any and all other documents executed in connection therewith and relating in any way thereto.

2

IN WITNESS WHEREOF, this Assignment is executed by Assignor to be enforceable on the Effective Date.

**ASSIGNOR:**

**WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BENCHMARK 2020-B20 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-B20**

By: Argentic Services Company LP, a Delaware limited partnership, not individually but solely in its authorized capacity as special servicer pursuant to that certain Pooling and Servicing Agreement, dated October 1, 2020

By: _____
Name: JOHN MAYFIELD
Title: AUTHORIZED SIGNATORY

By: _____
Name: GRACE E. Bodemuller-Holst
Title: Authorized Signatory

STATE OF Texas §
§
COUNTY OF Collin §

This instrument was acknowledged before me on June 13, 2024, by John Mayfield, as Authorized Signatory of Argentic Services Company, LP, a Delaware limited partnership, not individually but solely as special servicer. * and Grace E. Bodemuller-Holst, as Authorized Signatory

[SEAL]

STEFANIE R. HARMON
My Notary ID # 5175856
Expires April 17, 2026

_____
Notary Public, State of TX

3

BMARK 2020-B20 1960 RING ROAD, LLC
Borrower: MICH TROY TECHNOLOGY LLC

ASSIGNMENT AND TRANSFER

EXHIBIT "A"

to
Assignment and Transfer
of
Loan Documents
Dated June 11, 2024

<u>Real Property</u>

[attached]

## LEGAL DESCRIPTION

Land situated in the City of Troy, County of Oakland, and State of Michigan, described as:

PARCEL 1:
A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point distant North 00 degrees 07 minutes 20 seconds East, 399.85 feet along the East line of said Section 35 and North 89 degrees 12 minutes 00 seconds West, 568.54 feet from the East 1/4 corner of said Section 35; thence North 89 degrees 12 minutes 00 seconds West, 744.12 feet to a point on the East line of "Supervisor's Plat No. 29 Subdivision", as recorded in Liber 65 on Page 21 of Plats, Oakland County Records; thence along the East line said plat North 00 degrees 25 minutes 25 seconds East, 252.26 feet; thence 239.17 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 29 degrees 18 minutes 43 seconds, Chord bearing North 65 degrees 35 minutes 08 seconds East, 236.57 feet); thence 278.75 feet along the Arc of a curve to the right (Radius 407.50 feet, Central Angle 39 degrees 11 minutes 34 seconds, Chord bearing North 70 degrees 31 minutes 33 seconds East, 273.34 feet); thence South 89 degrees 52 minutes 40 seconds East 270.02 feet; thence South 00 degrees 07 minutes 20 seconds West
451.27 feet to the point of beginning.

Tax Item No. 88-20-35-276-006

PARCEL 2:
A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point on the West Right-of-Way line of John R. Road (75 feet 1/2 Right of Way) distant North 00 degrees 07 minutes 20 seconds East 399.85 feet along the East line of said Section 35 and North 89 degrees 12 minutes 00 seconds West, 75.01 feet from the East 1/4 corner of said Section 35; thence North as 89 degrees 12 minutes 00 seconds West, 493.53 feet; thence North 00 degrees 07 minutes 20 seconds East, 451.27 feet; thence South 89 degrees 52 minutes 40 seconds East, 113.50 feet; thence South 81 degrees 07 minutes 54 seconds East, 131.53 feet; thence South 89 degrees 52 minutes 40 seconds East 250.00 feet to a point on said West Right-of-Way line of John R. Road; thence South 00 degrees 07 minutes 20 seconds West, 437.11 feet along said West Right-of-Way line to the point of beginning.

Tax Item No. 88-20-35-276-007

PARCEL 3:
A part of the Northeast 1/4 of Section 35, Town 2 North, Range 11 East, City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point distant North 00 degrees 07 minutes 20 seconds East, 1420.97 feet along the East line of said Section 35 and North 89 degrees 47 minutes 40 seconds West, 867.27 feet from the East 1/4 corner of said Section 35; thence South 00 degrees 25 minutes 25 seconds West, 505.45 feet; thence 288.36 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 35 degrees 20 minutes 27 seconds, Chord bearing South 68 degrees 36 minutes 00 seconds West 283.81 feet); thence 197.67 feet along the Arc of a curve to the right (Radius 407.50 feet, Central Angle of 27 degrees 47 minutes 35 seconds, Chord bearing South 64 degrees 49 minutes 34 seconds West, 195.74 feet); to a point on the East line of "Supervisor's Plat No. 29 Subdivision," as recorded in Uber 65 on Page 21 of Plats, Oakland County Records; thence along the East line of said plat North 00 degrees 25 minutes 25 seconds East, 693.85 feet; thence South 89 degrees 47 minutes 40 seconds East, 440.00 feet to the point of beginning.

Tax Item No. 88-20-35-226-086

PARCEL 4:

BMARK 2020-B20 1960 RING ROAD, LLC
Borrower: MICH TROY TECHNOLOGY LLC

ASSIGNMENT AND TRANSFER

A part of the Northeast 1/4 of Section 35, Town 2 North. Range 11 East. City of Troy, Oakland County, Michigan, being more particularly described as beginning at a point on the West Right-of-Way line of John R. Road (75 feet 1/2 Right-of-Way) distant North 00 degrees 07 minutes 20 seconds East, 937.85 feet along the East line of said Section 35 and North 89 degrees 52 minutes 40 seconds West, 75.00 feet from the East 1/4 corner of said Section 35; thence North 89 degrees 52 minutes 40 seconds West, 250.00 feet; thence South 81 degrees 22 minutes 34 seconds West, 131.53 feet; thence North 89 degrees 52 minutes 40 seconds West, 383.52 feet; thence 31.43 feet along the Arc of a curve to the left (Radius 467.50 feet, Central Angle 03 degrees 51 minutes 07 seconds, Chord bearing South 88 degrees 11 minutes 47 seconds West, 31.42 feet); thence North 00 degrees 25 minutes 25 seconds East 505.45 feet; thence South 89 degrees 47 minutes 40 seconds East, 792.27 feet to a point on said West Right-of-Way line of John R. Road; thence South 00 degrees 07 minutes 20 seconds West, 483.23 feet along said West Right-of-Way line to the point of beginning.

Tax Item No. 88-20-35-226-087

Easement Parcel 1:
Parcel 4 together with a non-exclusive easement for purposes of the use of Easement Area as created, limited and defined in Declaration of Easement, as recorded in Liber 9992, Page 845 and Amendment recorded in Uber 15725, Page 575, Oakland County Records.

Easement Parcel 2:
Non-Exclusive Easement as created, limited and defined in Declaration recorded in Liber 9207, Page 897, Oakland County Records.

PARCEL 5:
Lots 16 through 20 inclusive, Ring Industrial Park, as recorded in Liber 179, Pages 1 and 2 of Plats, Oakland County Records, including the benefit of the easements set forth in the Declaration of Easements recorded in Uber 9992 on Page 845, Oakland County Records, as modified by the Amendment to Declaration of Easements recorded in Uber 15725 on Page 575, Oakland County Records.

Tax Item No. 88-20-35-226-092