**Houck, Cara M (CHI - X65806)**

| | |
|---|---|
| **From:** | Jeffrey Einhorn <einhorn@jeffreylichtman.com> |
| **Sent:** | Monday, March 18, 2024 4:35 PM |
| **To:** | Houck, Cara M (CHI - X65806) |
| **Cc:** | Jeffrey Lichtman; Israel Appel |
| **Subject:** | Re: Troy Technology Creditor |

*[External email]*
Hi Cara — we will follow-up and let you know.

_____

**Jeffrey Einhorn, Esq.**
**Law Offices of Jeffrey Lichtman**
441 Lexington Avenue
Suite 504
New York, New York 10017
telephone: 212-581-1001
telefax: 212-581-4999

_____

NOTICE: This message is sent by a law office and may contain information that is privileged or confidential.  If you receive this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. For additional information, please visit our website at www.jeffreylichtman.com.

> On Mar 18, 2024, at 5:32 PM, Cara.Houck@hklaw.com wrote:
>
> Hello All -- Have you had a chance to ask Mr. Drillman if he would be willing to waive the redemption period? The request is being made to save time and money in not having to keep a Receiver in place for the entire six month redemption. Thank you and have a great week. Cara
>
> **Cara Houck** | **Holland & Knight**
> Partner
> Holland & Knight LLP
> 150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
> Phone 312.715.5806 | Mobile 630.202.1249
> cara.houck@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
> **From:** Jeffrey Einhorn <einhorn@jeffreylichtman.com>
> **Sent:** Thursday, March 14, 2024 2:56 PM
> **To:** Houck, Cara M (CHI - X65806) <Cara.Houck@hklaw.com>

1

**Cc:** Jeffrey Lichtman <jhl@jeffreylichtman.com>; Israel Appel <iappel@appelpc.com>
**Subject:** RE: Troy Technology Creditor

*[External email]*
Cara –

We can certainly discuss this with Mr. Drillman and revert back.

Best,

Jeff

_____

**Jeffrey Einhorn, Esq.**
**Law Offices of Jeffrey Lichtman**
441 Lexington Avenue
Suite 504
New York, New York 10017
telephone: 212-581-1001
telefax: 212-581-4999

_____


NOTICE: This message is sent by a law office and may contain information that is privileged or confidential.  If you receive this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.jeffreylichtman.com.

---

**From:** Cara.Houck@hklaw.com <Cara.Houck@hklaw.com>
**Sent:** Thursday, March 14, 2024 3:55 PM
**To:** Jeffrey Einhorn <einhorn@jeffreylichtman.com>
**Subject:** RE: Troy Technology Creditor

Jeffrey, would your client sign a waiver of redemption? Of course, this is based upon an assumption that he will not be redeeming the property.

**Cara Houck** | **Holland & Knight**
Partner
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700 | Chicago, Illinois 60606
Phone 312.715.5806 | Mobile 630.202.1249
cara.houck@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Jeffrey Einhorn <einhorn@jeffreylichtman.com>
**Sent:** Monday, March 11, 2024 10:23 AM
**To:** Moore, Babasijibomi (CRM) <Babasijibomi.Moore2@usdoj.gov>; Jeffrey Lichtman <jhl@jeffreylichtman.com>; Houck, Cara M (CHI - X65806) <Cara.Houck@hklaw.com>

**Cc:** lars.hansen@fhfaoig.gov; Racimo, Misty (CRM) <Misty.Racimo@usdoj.gov>
**Subject:** RE: Troy Technology Creditor

*[External email]*
Thanks, Siji.

_____

**Jeffrey Einhorn, Esq.**
**Law Offices of Jeffrey Lichtman**
441 Lexington Avenue
Suite 504
New York, New York 10017
telephone: 212-581-1001
telefax: 212-581-4999

_____


NOTICE: This message is sent by a law office and may contain information that is privileged or confidential. If you receive this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.jeffreylichtman.com.

---

**From:** Moore, Babasijibomi (CRM) <Babasijibomi.Moore2@usdoj.gov>
**Sent:** Monday, March 11, 2024 11:17 AM
**To:** Jeffrey Lichtman <jhl@jeffreylichtman.com>; Jeffrey Einhorn <einhorn@jeffreylichtman.com>; Cara.Houck@hklaw.com
**Cc:** lars.hansen@fhfaoig.gov; Racimo, Misty (CRM) <Misty.Racimo@usdoj.gov>
**Subject:** Troy Technology Creditor

Jeff,

Cara Houck is representing creditors of Troy Technology and reached out to us about the property. I thought it made sense to connect her to you.

Regards,

<image001.jpg>  **Siji Moore**
**Trial Attorney**
United States Department of Justice | Criminal Division
Fraud Section | Market Integrity and Major Frauds Unit
(202) 305-0756 (o) | (202) 834-2793 (c)
babasijibomi.moore2@usdoj.gov

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not

disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.