UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bmark 2020–B20 Ring Road, LLC,

                Plaintiff(s),

v.                                     Case No. 2:24–cv–11670–GAD–KGA
                                           Hon. Gershwin A. Drain

Boruch Drillman,

                Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Gershwin A. Drain as follows:

- SCHEDULING CONFERENCE:  January 8, 2025 at 11:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/Marlena A Williams
                                                     Case Manager

Dated:   November 25, 2024