UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BMARK 2020-B20 1960 RING ROAD, LLC.,** <br><br> Plaintiff, <br><br> vs. <br><br><br> **BORUCH DRILLMAN,** <br><br> Defendant. | 2:24-CV-11670-GAD-KGA <br><br> Hon. Gershwin A. Drain <br><br> Magistrate Judge: <br> Kimberly G. Altman |

## DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES

Defendant, Boruch Drillman, submits the following list of expert witnesses that he will or may call at trial in this matter:

1. Kern G. Slucter, MS, MAI, SRA, MRICS

    363 Creyts Road
    Dimondale, MI 48821

    Mr. Slucter may testify regarding the value of the Property at various points in time. He may also testify regarding the sufficiency of efforts by Plaintiff or Plaintiff's agents to increase the value of the Property; Plaintiff's marketing of the Property; the impact on valuation of the receivership and foreclosure sale; the difference between a foreclosure sale and arms-length sale and how that impacts value; and whether any lender would reasonably have relied on statements by Defendant in light of appraisals and other materials available to lender; and, if there was reliance, the

       extent that such reliance may have caused damages to Plaintiff or any other lender.

2. Sam Madorsky or another professional from
   M. Shapiro Real Estate Group
   31550 Northwestern Highway, Suite 220
   Farmington Hills, MI 48334

   Testimony may include topics relating to maintenance of the Property; preparing the Property for sale; the sufficiency of the efforts of Plaintiff to maximize the value of the Property; analysis of the Property's rental income, expenses, management, net operating income, Plaintiff's marketing efforts and their impact on value and the ability to sell the subject Property; analysis on the information available to lender when the loan was made and the impact, if any, of Defendant's statements; and analysis of whether Defendants' statements caused any damages and, if so, the extent of such damages.

3. Defendant reserves the right to supplement or modify this expert witness list as additional information is disclosed or identified through discovery.

4. Defendant reserves the right to call rebuttal witnesses as may be necessary or appropriate.

                                      HEILMAN LAW PLLC

Dated: June 2, 2025        By: /s/ Ryan D. Heilman
                                      Ryan D. Heilman (P63952)
                                      Attorney for Defendant
                                      40900 Woodward Ave., Suite 100
                                      Bloomfield, MI 48304
                                      (248) 835-4745
                                      ryan@heilmanlaw.com